**June 15, 2009**

| | | |
|---|---|---|
| 29205 | State v. Cotten | Vacated in Part and Remanded |

**June 19, 2009**

| | | |
|---|---|---|
| 29356 | Mathison v. State | Affirmed |

**June 22, 2009**

| | | |
|---|---|---|
| 28333 | State v. Adams | Affirmed |
| 28429 | State v. Von Hamm | Affirmed |

**June 23, 2009**

| | | |
|---|---|---|
| 28336 | Hayes v. Hayes | Affirmed |
| 29361 | State v. Pereira | Affirmed |

**June 25, 2009**

| | | |
|---|---|---|
| 28987 | State v. Chang | Affirmed |
| 29263 | State v. Kalani | Affirmed |
| 29146 | State v. Kehdy | Vacated and Remanded |
| 29247 | State v. Mathias | Affirmed |

**June 26, 2009**

| | | |
|---|---|---|
| 29444 | Kanae v. State | Affirmed |
| 28897 | Kushima v. Kushima | Affirmed |
| 28294 | NC, In re | Affirmed |
| 29023 | State v. Hong Van Ho | Affirmed |
| 29311 | State v. Schneider | Reversed |